IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ACHILLE MALIK SHABAZZ TYSON,

Petitioner,

vs.   CASE NO. 5:05cv212/RS-AK

JOSE BARRON,

Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 18). Petitioner has filed not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Document 16) is **granted**.

3. This action is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on June 8, 2006.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**